# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALAN WOODEND,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　Defendant | Case No.: 5:24−cv−00716 DFM<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,750.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: October 24, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Douglas F. McCormick
　　　　　　　　　　　　　　　　　　　THE HONORABLE DOUGLAS F. MCCORMICK
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3      /s/ *Lawrence D. Rohlfing*
   BY: _____
4      Lawrence D. Rohlfing
       Attorney for plaintiff Mark Alan Woodend
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26